United States District Court
Southern District of Texas

**ENTERED**

March 23, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KARINA B. SALAZAR HERNANDEZ, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-cv-2213 |
| | § | |
| RANDY TATE, | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

The petitioner, Karina B. Salazar Hernandez, filed a petition for a writ of habeas corpus to challenge her detention by United States immigration authorities. She now moves to voluntarily dismiss her petition.

Motions for voluntary dismissal should be freely granted unless the non-moving party will suffer prejudice other than the prospect of a second lawsuit. Elbaor v. Tripath Imaging, Inc., 279 F.3d 314, 318 (5th Cir. 2002) (citing Manshack v. Southwestern Elec. Power Co., 915 F.2d 172, 174 (5th Cir. 1990)). The respondent has not been served, and no prejudice is apparent in this case.

Accordingly, the motion (Docket Entry No. 5) is **GRANTED,** and this case is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** at Houston, Texas, on this __23ʳ__ day of March, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE